UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUSEBIO REYNOSO,

                     Petitioner,

        -v-

OSCAR AVILES *et al.*,

                     Respondents.

15-CV-3933 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

     The parties are directed to confer and submit a joint status letter on or before March 6, 2020, regarding further proceedings in this matter.

     SO ORDERED.

Dated: February 19, 2020
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge